**United States Bankruptcy Court**
**Central District Of California**

In re:
Lucinda Taylor Robinson

CHAPTER NO.: 7

CASE NO.: 2:11−bk−50375−EC

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

X   Addendum to Voluntary Petition

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: September 26, 2011

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Casaundra Beamon**
   **Deputy Clerk**

mccdn − Revised 12/2009

**9 − 1 / CBG**